ORIGINAL

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| ROBERT S. WHITMORE<br>3600 Lime Street<br>Suite #616<br>Riverside, CA 92501<br>(951) 276-9292<br><br>Attorney for | FILED<br>AUG 18 2010<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:           Deputy Clerk |
| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
| In re:<br><br>JOE GALVIZ RODRIGUEZ and<br>GEORGENA MUNIZ-RODRIGUEZ<br><br><br><br>Debtor. | CHAPTER 7<br><br>CASE NUMBER 6:09-34703-CB<br><br>DATE: 10/27/10<br><br>TIME: 11:00 a.m.<br><br>COURTROOM: #303 |

## NOTICE OF MOTION FOR:

MOTION FOR AUTHORITY TO SELL PROPERTY OF THE ESTATE; DECLARATION OF ROBERT S. WHITMORE CHAPTER 7 TRUSTEE IN SUPPORT THEREOF

*(Specify name of Motion)*

1. TO: DEBTOR, DEBTOR'S ATTORNEY, U.S. TRUSTEE AND ALL INTEREST PARTIES

2. NOTICE IS HEREBY GIVEN that on the following date and time and in the indicated courtroom, Movant in the above-captioned matter will move this Court for an Order granting the relief sought as set forth in the Motion and accompanying supporting documents served and filed herewith. Said Motion is based upon the grounds set forth in the attached Motion and accompanying documents.

3. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)

| **Hearing Date:** 10/27/10 | **Time:** 11:00 a.m. | **Courtroom:** #303 | **Floor:** 3rd |
|---|---|---|---|
| ☐ 255 East Temple Street, Los Angeles | | ☐ 411 West Fourth Street, Santa Ana | |
| ☐ 21041 Burbank Boulevard, Woodland Hills | | ☐ 1415 State Street, Santa Barbara | |
| ☒ 3420 Twelfth Street, Riverside | | | |

4. **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to Local Bankruptcy Rule 9013-1. If you wish to oppose this Motion, you must file a written response with the Bankruptcy Court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date. If you fail to file a written response to this Motion within such time period, the Court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

5. **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according to the Judge's self-calendaring procedures.

Dated: 8/18/10

ROBERT S. WHITMORE, TRUSTEE
*Law Firm Name*

By: _[signature]_

Name: _____
*Attorney for Movant*

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-1.1

```
ROBERT S. WHITMORE
3600 Lime Street
Suite #616
Riverside, Ca. 92501
Telephone No.: (951) 276-9292

Chapter 7 Trustee
```

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>JOE GALAVIZ RODRIGUEZ and<br>GEORGENA MUNIZ-RODRIGUEZ,<br><br><br><br><br><br>Debtor(s) | CASE NO: 6:09-bk-34703-CB<br>Chapter 7<br><br>MOTION FOR AUTHORITY<br>TO SELL PROPERTY OF THE<br>ESTATE; DECLARATION OF<br>ROBERT S. WHITMORE, CHAPTER 7<br>TRUSTEE IN SUPPORT THEREOF<br><br>Date: October 27, 2010<br>Time: 11:00 a.m.<br>Ctrm: #303, 3rd Fl<br>     3420 Twelfth Street<br>     Riverside, CA 92501 |

The Application of ROBERT S. WHITMORE, respectfully represents:

1. That your applicant is the duly appointed, qualified and acting Trustee of the above named debtor's estate. That said debtor filed a voluntary petition under Chapter 7 on October 16, 2009.

2. That your applicant is not operating the business of the debtor.

3. That the debtor owned the following described property which your applicant wishes to sell not in the ordinary course of business, namely; 2006 Chevrolet Silverado LS 4WD.

1      4. That your applicant has received an offer to purchase said property from Joe and Georgena Rodriguez, in the amount of $12,000.00, net to this estate.

    5. That a 20 day notice to creditors re sale has been given that said sale will be held at the offices of the Trustee, 3600 Lime Street, Suite #616, Riverside, California, on October 27, 2010, at the hour of 2:00 p.m. If an objection is properly made to said sale, then the Trustee will dispose of the property as soon as he is legally able after the above said date and the hearing on the objection.

    6. That said Notice to Creditors Re Sale sets forth that an objection may be filed no less than fourteen (14) days prior to the above hearing date, and that if an objection is filed to the above-entitled sale, the same is hereby set for hearing on October 27, 2010, at 11:00 a.m. in the Courtroom of Bankruptcy Judge, CATHERINE E. BAUER, Courtroom #303, Third Floor, 3420 Twelfth Street, Riverside, Ca.

    7. That the terms of said sale will be as follows: Cash.

    WHEREFORE, your Trustee prays for an Order of this Court authorizing the sale of the above listed personal property; and for further and other orders as the Court deems just and proper.

Dated: 8-18-10

ROBERT S. WHITMORE,
CHAPTER 7 TRUSTEE

-2-

DECLARATION OF ROBERT S. WHITMORE
CHAPTER 7 TRUSTEE

I, Robert S. Whitmore, am the duly appointed Trustee in the Chapter 7 proceedings,

1. The Debtor herein filed for Chapter 7 Bankruptcy on October 16, 2009.

2. That the debtors owned the following described property which your applicant wishes to sell not in the ordinary course of business, namely; 2006 Chevrolet Silverado LS 4WD, which was listed in the Debtor's petition.

3. That your applicant has received an offer to purchase said property from Joe and Georgena Rodriguez, the Debtors herein, in the amount of $19,477.00.

4. The Debtors have requested an exemption in the 2006 Chevrolet Silverado under C.C.P. §703. in the amount of $7,477.00.

5. Kelly Blue Book private party value in fair condition is approximately $26,000.00. The Kelly Blue Book auction value in good condition is approximately $20,000.00. Using the Kelly Blue Book private party value, and subtracting a 20% auctioneer fee of approximately $5,200.00 and the additional Trustee fees on the $6,000.00 which would be $600.00, leaving a net to the estate of approximately $20,000.00. Minus the Debtor's exemption of $7,477.00, would leave a net to this estate of $12,523.00.

6. Your Trustee believes that a sale of the 2006 Chevy Silverado in the amount of $12,000.00, net to the estate is fair and reasonable, and in the best interest of this estate.

I declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge and belief and if

1 | called as a witness would competently testify thereto.
2 |     Dated: 8-18-10

*[signature]*
ROBERT S. WHITMORE,
CHAPTER 7 TRUSTEE

| In re<br>JOE GALAVIZ RODRIGUEZ<br>GEORGENA MUNIZ-RODRIGUEZ<br>Debtor(s). | CHAPTER 7<br><br>CASE NO.: 6:09-34703-CB |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 3600 Lime Street, Suite #616, Riverside, CA 92501

The foregoing document described **NOTICE OF MOTION FOR MOTION FOR AUTHORITY TO SELL PROPERTY OF THE ESTATE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On August 18, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at email address(es) indicated below:

United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
Robert Whitmore (TR)    rswtrustee@yahoo.com, rwhitmore@ecf.epiqsystems.com
Winfield S Payne    Wpaynelaw@aol.com
Timothy J Silverman    tim@sgsslaw.com
Ramesh Singh    claims@recoverycorp.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL:**
On August 18, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Debtor: Joe Galaviz Rodriguez and Georgena Muniz-Rodriguez, 1418 Dunston Street, Beaumont, Ca 92223

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY:**
Pursuant to F.R.Civ.P.5 and/or controlling LBR, on August 18, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Hon. Catherine E. Bauer, U.S. Bankruptcy Court, 3420 12th Street, Ctrm #303, Riverside, Ca 92501

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 18, 2010 | Suzie Malcolm-Shepard | *(signed)* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

F 9013-3.1

*January 2009*

Bank of America
P.O. Box 851001
Dallas, TX 75285-1001

Capital One
P.O. Box 60599
City Of Industry, CA 91716-0599

Chase Home Finance
3415 Vision Drive
Columbus, OH 43219-6009

Earnest Garrett
295 Burke Drive
Stanwood, WA 98282-7325

Earnest Garrett
328 S. Division Street
Cashmere, WA 98815-1135

JP Morgan Chase Bank, N.A.
Solomon, Grindle, Silverman & Wintringer
c/o Timothy J. Silverman
12651 High Bluff Drive, Suite 300
San Diego, CA 92130-2023

TOYOTA MOTOR CREDIT CORPORATION
PO BOX 8026
CEDAR RAPIDS IA 52408-8026

Wells Fargo Card Services
P.O. Box 30086
Los Angeles, CA 90030-0086